# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00592-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2012 TOYOTA TACOMA DOUBLE CAB V6, VIN: 3TMLU4EN7CM094828,

    Defendant.

---

**ORDER SETTING DEADLINE FOR FILING OF CONSENT/NONCONSENT FORM**

---

    This case has been directly assigned to Magistrate Judge Nina Y. Wang pursuant to D.C.COLO.LCivR 40.1(c).

    IT IS ORDERED that the parties shall complete and file the Consent/Nonconsent Form indicating either unanimous consent of the parties or that consent has been declined, on or before:

**April 27, 2016**

DATED: April 11, 2016          BY THE COURT:

    s/Nina Y. Wang_____
    United States Magistrate Judge